*In re* GEORGE A. POLISH MATOS.

*Número:* TS-10778          *Resuelto:* 11 de julio de 2003

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *George A. Polish Matos, pro se.*

834

## RESOLUCIÓN

Atendidas la moción que solicita la reinstalación de George A. Polish Matos al ejercicio de la abogacía, presentada por el querellado, y la moción de desistimiento presentada por el Colegio de Abogados de Puerto Rico, se ordena la reinstalación de éste al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*